Grover C. Mouras.

—vs—

A. J. Fabacher.

 No. 7853

Court of Appeal.

Parish of Orleans.

----------------

----------------------------

Dinkelspiel. J.

Dinkelspiel. J.

Plaintiff claims substantially as was claimed in
this Court No.7854, from defendant, under the follow-
ing circumstances. That Sa Friere stole from him, at
the residence of his brother and sister, in the case
above referred to, one diamond ring of the value, as
placed thereon by him, of $300.00., and basis that
claim on the evidence adduced in the suit No. 7854,
already passed on by us, both of which were tried
under an agreement as related in the case just refer-
red to.

This plaintiff has less rights than his brother
in law and sister, Mr. and Mrs. Sidney De Leon. He
was instrumental in bringing this thief, Sa Friere,
into the home of his family; he was the main insti-
gator in having this fugitive from justice boarding
and lodging at the family residence where he, plaintiff
also boarded and lived. He was the most intimate of
any of the rest of the family with this man in ques-
tion, and outside of the acknowledgement of the
theft that he had stolen the property in question
there is not a particle of evidence to show that this
defendant ever saw this ring or much less purchased
it. Hence, it is our opinion, that under the authori-
ties cited and under the facts proved, this plaintiff
has failed absolutely to make any case whatsoever
against the defendant.

For the reasons herein assigned, it is ordered,
adjudged and decreed, that the judgment of the Court
a quo be reversed, and judgment is now rendered in
favor of defendant, dismissing plaintiffs suit. Plain-
tiff to pay costs of both Courts.

—Judgment Reversed—